AO 91 (Rev 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Gloria J. Dickinson<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 2008 to June 2010__ in the county of _____ in the _____ District of __the District of Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1001 | Whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully--(1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact; (2) makes any materially false, fictitious, or fraudulent statement or representation; or (3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry; has committed the offense |

This criminal complaint is based on these facts:

See attached Affidavit of Kathleen Nolan, Investigator, United States Department of Labor

☑ Continued on the attached sheet.

*Complainant's signature*

Kathleen Nolan, Investigator, US Dept. of Labor
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

*Judge's signature*

City and state: Washington, District of Columbia

Magistrate Judge Deborah A. Robinson
*Printed name and title*